# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
|    Alonzo Davis and Felisha Davis ) | |
| ) | CASE NO.  13-11602 |
| ) | CHAPTER 13 |
| Debtor(s). ) | |

## NOTICE OF MOTION

TO:   Glenn Stearns                       See Attached Service List
        *Via ECF*

On October 4, 2011, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Presiding Judge in 1792 Nicole Lane, Round Lake Beach IL, and shall then and there present Debtor's Motion to Vacate Court Order.

                                              /s/ Chad M. Hayward_____
                                              CHAD M. HAYWARD
                                              205 W. Randolph, Suite 1310
                                              Chicago, Illinois  60606
                                              (312) 867-3640

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served this notice with its attachment electronically to the trustee and by mailing a copy to the debtor at the above listed address by depositing the same in the U.S. Mail at 205 W. Randolph, Suite 1310, Chicago, IL 60606 on October 4, 2013.

                                              /s/ Chad M. Hayward_____

**SERVICE LIST**

Acs/Sallie Mae
501 Bleecker St
Utica, NY 13501

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bank Of America
Po Box 982235
El Paso, TX 79998

Cap One
Po Box 5253
Carol Stream, IL 60197

Capital One/Kawasaki
Po Box 5253
Carol Stream, IL 60197

Cbna
1000 Technology Dr
O Fallon, MO 63368

Chase
Po Box 24696
Columbus, OH 43224

Chase
Po Box 15298
Wilmington, DE 19850

Cook County Treasurer
118 North Clark Suite 112
Chicago, IL 60602

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Exxmblciti
Po Box 6497
Sioux Falls, SD 57117

Green Tree
Po Box 6172
Rapid City, SD 57709

Illinois Department of Labor
160 N. LaSalle St.
Chicago, IL 60601

Illinois Department of Revenue
C/O Bankruptcy Department
100 West Randolph, Level 7 Rm 425
Chicago, IL 60601

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826

Orange Lake Country Cl
8505 W Irlo Bronson Hwy
Kissimmee, FL 34747

Pentagon Fcu
Pob 19046
Alexandria, VA 22320

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117

Toyota Motor Credit
1111 W 22nd St Ste 420
Oak Brook, IL 60523

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107

Wells Fargo Hm Mortgag

8480 Stagecoach Cir
Frederick, MD 21701

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                )
   Alonzo Davis and Felisha Davis    )
                                      )   CASE NO. 13-11602
                                      )   CHAPTER 13
                 Debtor(s).    )

### MOTION TO VACATE ORDER

NOW COMES the Debtor, Alonzo Davis and Falisha Davis, by and through their attorney, CHAD M. HAYWARD, and in support of their Motion to Vacate Order, state as follows:

1. Debtor filed the instant case under Chapter 13 of the United States Bankruptcy Code on March 22, 2013.

2. Debtors' case was dismissed because Debtors did not propose a plan that paid the amount required by the B22.

3. Debtors are now going to propose a plan that pays the amount requested by the B22, and believe that the plan is confirmable.

WHEREFORE, Debtors pray that this Honorable Court enter an Order Vacating the September 20, 2013 dismissal of Debtors' case and for such other relief as this Court deems fair and equitable.

                                                              Respectfully Submitted,

                                            by:   /s/  Chad M. Hayward

                                                        Debtors' Attorney

Chad M. Hayward  
Atty. No. 6280182  
205 W. Randolph  
Suite 1310  
Chicago, IL  60606  
312.867.3640